United States Courts
Southern District of Texas
FILED

JUN 24 2025

Nathan Ochsner, Clerk of Court

(Court Level and Jurisdiction)

Donyae Terell Gage

Plaintiff

-vs-

Canadian Pacific Kansas City Railroad LTD

Defendant

4:25cv2930
(Case I.D. Number)

## Complaint ~~AFFIDAVIT~~

I, Donyae Gage, of Pearland, Tx, in Brazoria County County, Texas, MAKE OATH AND SAY THAT:

1. My name is Donyae Gage; I formerly was working for CPKC for about 11 years. I was wrongfully discriminated and dismissed, due to a prejudice of me having FMLA. The charge that was placed upon me was alleged misuse of FMLA.

STATE OF ~~TEXAS~~ Virginia
    SS Colonial Heights
COUNTY OF ~~BRAZORIA COUNTY~~

SUBSCRIBED AND SWORN TO BEFORE ME, on the __14th__ day of __June__, 2025

_____ (Seal)
Signature
NOTARY PUBLIC
My Commission expires:
September 30, 2026



SHOUNTA SUMBLIN
Registration No. 7982493
Commission Expires
September 30, 2026

This notarial act was performed via remote notarization.

__Donyae Gage__
(Signature)

Donyae Gage

2594 Sunshade Ct
Pearland, TX 77584
346-360-6642